UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID RAYMUNDO VALLECILLO CANALES,<br>Petitioner,<br>v.<br>ACTING OR CURRENT WARDEN, Adelanto ICE Processing Center, et al.,<br>Respondents. | Case No. 5:26-cv-05328-AB-SSC<br><br>JUDGMENT |

Pursuant to the Order Granting Unopposed Habeas Petition, **IT IS ADJUDGED** that the petition under 28 U.S.C. § 2241 is granted and that Petitioner **David Raymundo Vallecillo Canales (A# 240-847-271)** is to be released from the custody of Immigration and Customs Enforcement immediately and upon appropriate conditions of supervision. Respondents are enjoined as indicated in the order.

Dated: September 23, 2026

HONORABLE ANDRÉ BIROTTE, JR.
United States District Judge